IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JEREMY A. DIXON | § | |
| VS. | § | CIVIL ACTION NO. 1:25cv347 |
| MIKE LAIRD, ET AL. | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Jeremy A. Dixon, an inmate at the Jefferson County Correctional Facility, proceeding *pro se*, brought this civil rights suit pursuant to 42 U.S.C. § 1983.

The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge recommends dismissing this action for failure to state a claim. Further, the magistrate judge recommends that the exercise of supplemental jurisdiction should be declined.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. A copy of the Report and Recommendation was mailed to Plaintiff at the address provided to the Court. No objections to the Report and Recommendation of United States Magistrate Judge have been filed.

O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the Report and Recommendation of Magistrate Judge is ADOPTED. It is

ORDERED that the exercise of supplemental jurisdiction is DECLINED.  A separate Final Judgment will be entered in this case in accordance with the magistrate judge's recommendations.

**SIGNED this 19th day of November, 2025.**


_Michael J. Truncale_
Michael J. Truncale
United States District Judge